

1

2

3

4

5

6

7

8  # UNITED STATES DISTRICT COURT
   ## CENTRAL DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,  )  Case No.: 02-0760
                                )
11              Plaintiff,       )  ORDER OF DETENTION
                                )
12                              )  [Fed. R. Crim. P. 32.1(a)(6);
        vs.                      )  18 U.S.C. § 3143(a)]
13                              )
14  *Pete Delgado*              )
                 Defendant.      )
15  _____)

16

17        The defendant having been arrested in this District pursuant to

18  a warrant issued by the United States District Court for the

19  _____ for alleged violation(s) of the terms and

20  conditions of his/her [probation] [supervised release]; and

21        The Court having conducted a detention hearing pursuant to

22  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24  A.  (X)  The defendant has not met his/her burden of establishing by

25  clear and convincing evidence that he/she is not likely to flee

26  if released under 18 U.S.C. § 3142(b) or (c). This finding is

27  based on *Content of petition on probation and supervised release*

28

1   and PSA report.

2

3

4   and/or

5   B.   (X)   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on: Content of petition on probation and supervised release

10   and PSA report.

11

12

13

14   IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated:  February 5, 2008

18

19                                    JEFFREY W. JOHNSON
20                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28